**Order entered July 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00469-CV

### TERVITA, LLC, Appellant

### V.

### CASEY SUTTERFIELD, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-13815**

## ORDER

In light of our July 16, 2015 order extending the deadline for filing appellant's reply brief to July 20, 2015, we **DENY** as moot appellant's July 16, 2015 motion for extension of time to file reply brief tendered to the Clerk of the Court.

/s/     ELIZABETH LANG-MIERS
            JUSTICE